**CAREY & ASSOCIATES LLC**
Attorneys for Michael Q. Carey,
d/b/a Carey & Associates
521 Fifth Avenue, Suite 3300
New York, NY 10175-3399
Tel: 212-758-0076
Fax: 212-758-0069
Michael Q. Carey (MC 1802)
Natasha P. Concepcion (NC 1481)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

| | |
|---|---|
| In re: | Chapter 13 |
| RUDOLF J.O. ERNST and ANGELIKA L. ERNST, | Case No. 04-12291-JMP |
| Debtors. | |

----------------------------------------X

## NOTICE OF APPEAL

Notice is hereby given that, pursuant to 28 U.S.C. § 158(a), Michael Q. Carey, d/b/a Carey & Associates ("**Carey**"), a creditor in this action, appeals to the United States District Court for the Southern District of New York from the so-ordered "Memorandum of Decision Granting Debtors' Motion for Summary Judgment and Disallowing Amended Claim of Michael Q. Carey for Attorneys' Fees" of the Honorable James M. Peck, entered in this action on the 27th day of April 2007.

Dated: New York, New York
       May 4, 2007

                                    CAREY & ASSOCIATES LLC

                                    By: /s/ MICHAEL Q. CAREY
                                        Michael Q. Carey (MC 1802)
                                    Carey & Associates LLC
                                    Attorneys for Michael Q. Carey,
                                    d/b/a/ Carey & Associates
                                    521 Fifth Avenue, Suite 3300
                                    New York, NY 10175-3399
                                    Tel: 212-758-0076
                                    Fax: 212-758-0069

To:     Joseph Fox, Esq.
         Law Offices Of Joseph L. Fox
         The Lincoln Building,
         60 East 42nd Street, Suite 2231
         New York, New York 10165
         ATTORNEYS FOR DEBTORS

         Jeffrey Sapir, Esq.
         Chapter 13 Trustee
         399 Knollwood Road, Ste. 102
         White Plains, New York 10603

         United States Trustee
         33 Whitehall Street, 21st Floor
         New York, New York 10004