CAREY & ASSOCIATES LLC
ATTORNEYS AT LAW
521 FIFTH AVENUE, SUITE 3300
NEW YORK, NY 10175-3399

(212) 758-0076
Telecopier: (212) 758-0069

Michael Q. Carey *
Natasha P. Concepcion *

MQC@CareyLitigation.com
NPConcepcion@CareyLitigation.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/07
```

**By Fax**

June 12, 2006

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

Re.:   In re Ernst (Case No. 07-cv-4840)
Subj:  Request for Enlargement of Time to File Appellees' Brief

Dear Judge Koeltl:

We are writing in response to the letter from Joseph L. Fox, attorney for Appellees in the above-captioned matter, dated June 12, 2006.

Earlier today, the Court granted Carey's request for an enlargement of time to file Appellant's Brief. Carey has no objection to Appellees' request for an enlargement of time until July 31, 2007 to file their brief, provided Carey may file his reply brief on the schedule designated by Rule 8009, Federal Rules of Bankruptcy Procedure.

Sincerely yours,

*[signature]*

Michael Q. Carey

Cc.:   Joseph L. Fox, Esq. (by fax)
       Jeffrey L. Sapir, Chapter 13 Trustee (by fax)
       United States Trustee (by mail)

APPLICATION GRANTED
SO ORDERED

*[signature]* 6/13/07
John G. Koeltl, U.S.D.J.

6/12/07

* Also Admitted in New Jersey