```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
In re:                                  Chapter 13

RUDOLF J.O. ERNST and ANGELIKA L.       BKR Case No.
ERNST,                                  04-12291 (JMP)

                           Debtors.     Docket No.: 07-cv-04840
(JGK)
--------------------------------------X
```

# APPELLANT'S APPENDIX

```
                    CAREY & ASSOCIATES LLC
                    521 Fifth Avenue, Suite 3300
                    New York, NY 10175-3399
                    Tel: 212-758-0076
                    Fax: 212-758-0069
```

**ATTORNEYS FOR APPELLANT MICHAEL Q. CAREY, D/B/A CAREY & ASSOCIATES**

Dated: July 9, 2007

# TABLE OF CONTENTS

**APPX.**
**EX #**       **DESCRIPTION**

1.    98-01-05    Retainer Agreement

2.    04-03-19    Order Granting Motion for Summary Judgment to Carey by Judge Leland DeGrasse

3.    05-02-22    Opinion by Bankruptcy Judge Cornelius Blackshear

4.    05-11-08    Opinion and Order by United States District Judge Robert P. Patterson

5.    07-01-07    Debtors' Memorandum in Support of Motion for Summary Judgment

6.    07-01-24    Carey's Memorandum in Opposition to Debtors' Motion for Summary Judgment

7.    07-04-13    Carey's Sur-Reply Memorandum in Opposition to Debtors' Motion for Summary Judgment

8.    07-04-27    Memorandum of Decision Granting Debtor's Motion for Summary Judgment and Disallowing Amended Claim of Michael Q. Carey for Attorneys Fees by US Bankruptcy Judge James M. Peck

9.    07-05-04    Notice of Appeal