```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X

In re:                                  Chapter 13

RUDOLF J.O. ERNST and ANGELIKA L.       BKR Case No.
ERNST,                                  04-12291 (JMP)

                        Debtors.        Docket No.: 07-cv-04840
(JGK)
--------------------------------------X
```

# APPELLANT'S APPENDIX

 

        CAREY & ASSOCIATES LLC
        521 Fifth Avenue, Suite 3300
        New York, NY 10175-3399
        Tel: 212-758-0076
        Fax: 212-758-0069

        **ATTORNEYS FOR APPELLANT MICHAEL Q. CAREY, D/B/A CAREY & ASSOCIATES**

Dated: July 9, 2007

# TABLE OF CONTENTS

**APPX.**
**EX #**         **DESCRIPTION**

| | | |
|---|---|---|
| 1. | 98-01-05 | Retainer Agreement |
| 2. | 04-03-19 | Order Granting Motion for Summary Judgment to Carey by Judge Leland DeGrasse |
| 3. | 05-02-22 | Opinion by Bankruptcy Judge Cornelius Blackshear |
| 4. | 05-11-08 | Opinion and Order by United States District Judge Robert P. Patterson |
| 5. | 07-01-07 | Debtors' Memorandum in Support of Motion for Summary Judgment |
| 6. | 07-01-24 | Carey's Memorandum in Opposition to Debtors' Motion for Summary Judgment |
| 7. | 07-04-13 | Carey's Sur-Reply Memorandum in Opposition to Debtors' Motion for Summary Judgment |
| 8. | 07-04-27 | Memorandum of Decision Granting Debtor's Motion for Summary Judgment and Disallowing Amended Claim of Michael Q. Carey for Attorneys Fees by US Bankruptcy Judge James M. Peck |
| 9. | 07-05-04 | Notice of Appeal |
| 10. | 05-07-22 | Ween Order (Supreme Court) |