Exhibit 9

**CAREY & ASSOCIATES LLC**
Attorneys for Michael Q. Carey,
d/b/a Carey & Associates
521 Fifth Avenue, Suite 3300
New York, NY 10175-3399
Tel: 212-758-0076
Fax: 212-758-0069
Michael Q. Carey (MC 1802)
Natasha P. Concepcion (NC 1481)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

In re:                               Chapter 13

RUDOLF J.O. ERNST and ANGELIKA L.    Case No. 04-12291-JMP
ERNST,

                    Debtors.
------------------------------------X

## NOTICE OF APPEAL

Notice is hereby given that, pursuant to 28 U.S.C. § 158(a), Michael Q. Carey, d/b/a Carey & Associates ("**Carey**"), a creditor in this action, appeals to the United States District Court for the Southern District of New York from the so-ordered "Memorandum of Decision Granting Debtors' Motion for Summary Judgment and Disallowing Amended Claim of Michael Q. Carey for Attorneys' Fees" of the Honorable James M. Peck, entered in this action on the 27th day of April 2007.

Dated: New York, New York
       May 4, 2007

                               CAREY & ASSOCIATES LLC

                               By: /s/ MICHAEL Q. CAREY
                                    Michael Q. Carey (MC 1802)
                               Carey & Associates LLC
                               Attorneys for Michael Q. Carey,
                               d/b/a/ Carey & Associates
                               521 Fifth Avenue, Suite 3300
                               New York, NY 10175-3399
                               Tel: 212-758-0076
                               Fax: 212-758-0069

To:     Joseph Fox, Esq.
        Law Offices Of Joseph L. Fox
        The Lincoln Building,
        60 East 42nd Street, Suite 2231
        New York, New York 10165
        ATTORNEYS FOR DEBTORS

        Jeffrey Sapir, Esq.
        Chapter 13 Trustee
        399 Knollwood Road, Ste. 102
        White Plains, New York 10603

        United States Trustee
        33 Whitehall Street, 21st Floor
        New York, New York 10004

**Bankruptcy**   **Adversary**   **Query**   **Reports**   **Utilities**   **Logout**

**File an Appeal:**

04-12291-jmp Rudolf J.O. Ernst and Angelika L. Ernst

U.S. Bankruptcy Court

Southern District of New York

Notice of Electronic Filing

The following transaction was received from Carey, Michael Q. entered on 5/4/2007 at 2:45 PM and filed on 5/4/2007
**Case Name:**       Rudolf J.O. Ernst and Angelika L. Ernst
**Case Number:**     04-12291-jmp
**Document Number:** 143

**Docket Text:**
Notice of Appeal *of the Order of the Bankruptcy Court entered April 27, 2007* (related document(s)[141]) filed by Michael Q. Carey on behalf of Michael Q. Carey. Appellant Designation due by 5/14/2007, (Attachments: # (1) Civil Cover Sheet)(Carey, Michael)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** /Volumes/Litigation Server/Active Client Data G5/Carey V Ernst All/Cases/ Ernst Bkcy & Collect fee #0584 /Legal - Bkr Ct 04-12291/2007/07-05-04 MQC Appeal/07-05-04 Notice of Appeal/ ECF Docs/07-05-04 NoA.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=5/4/2007] [FileNumber=5877785-0] [
9b28cb459e8b01ab7c608f0b5af8b4f9c263038e236694faebf400eaf7dfae17231510
439772483198ed71cc8be05afdb7926f5987239402b557d10153977f03]]
**Document description:** Civil Cover Sheet
**Original filename:** /Volumes/Litigation Server/Active Client Data G5/Carey V Ernst All/Cases/ Ernst Bkcy & Collect fee #0584 /Legal - Bkr Ct 04-12291/2007/07-05-04 MQC Appeal/07-05-04 Notice of Appeal/ ECF Docs/07-05-04 Civ Cover Sht.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=5/4/2007] [FileNumber=5877785-1] [
1be2a885ba745a3d4d4c41fe551976d7841d1b535d4b0fa2491a850100b1c2a058b8a7
b95cb8ae079e9eeed7e58248dd683a6721662b1191b089d58073a97266]]

**04-12291-jmp Notice will be electronically mailed to:**

Michael Q. Carey    mqc@careylitigation.com, NPConcepcion@CareyLitigation.com

Joseph L. Fox    jfox@kswny.com

Bruce D. Mael    b.mael@bhpp.com

Jeffrey L. Sapir-13    info@sapirch13tr.com

Linh Tran    bline.chapter13@blinellc.com

**04-12291-jmp Notice will not be electronically mailed to:**

B-First, LLC
Mailstop 550
2101 4th Ave, Suite 900
Seattle, WA 98121

Thomas R. Califano
DLA Piper US LLP
1251 Avenue of the Americas
29th Floor
New York, NY 10020-1104
thomas.califano@dlapiper.com,
jeremy.johnson@dlapiper.com;vincent.roldan@dlapiper.com;john.mcnicholas@dlapiper.com;william.coleman@dlapiper.com;ashleigh.blaylock@dlapiper.com;robert.ware.6

Clerk's Office of the U.S. Bankruptcy Court
,

Deborah Huntsman, Court Reporter
,

Deborah Huntsman
75 Maiden Lane
Suite 904
New York, NY 10153

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004