**CAREY & ASSOCIATES LLC**
Attorneys for Michael Q. Carey
D/B/A Carey & Associates
521 Fifth Avenue, Suite 3300
New York, NY 10175-3399
Tel: (212)-758 0076
Michael Q. Carey (1802)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X

| | |
|---|---|
| In re: | Chapter 13 |
| RUDOLF J.O. ERNST and ANGELIKA L. ERNST, | Case No. 04-12291-JMP |
| Debtors. | Docket No.: 07-cv-04840 (JGK) |

--------------------------------------X

### CERTIFICATE OF SERVICE

This Certificate of Service relates to the service of the following documents:

    a)   Appellant's Brief, dated July 9, 2007, and

    b)   Appellant's Appendix (Ex 1-10), dated July 9, 2007, (collectively, "**Papers**").

I, Natasha P. Concepcion, hereby certify that on the 10th day of July 2007, I served a PDF copy of the Papers by sending it via electronic mail to the following recipients, at the e-mail addresses listed:

Joseph Fox, Esq.
jfox@joefoxlaw.com

Jeffrey Sapir, Esq.
Chapter 13 Trustee
info@sapirch13tr.com

I further certify that I served a copy of the Papers enclosed in a postpaid wrapper, by first class mail, by depositing it an official depository under the exclusive care and custody of the United States Postal Service, addressed to the following:

- 2 -

United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004


Dated: July 10, 2007
       New York, New York


                                    /s/ NATASHA P. CONCEPCION
                                    NATASHA P. CONCEPCION