# **TABLE OF CONTENTS**

**TABLE OF AUTHORITIES** -i-

**PRELIMINARY STATEMENT** 1

**STATEMENT OF ISSUES PRESENTED AND THE APPLICATION OF THE APPLICABLE STANDARD OF REVIEW** 3

**STATEMENT OF THE CASE** 4

**POINT ONE** 9
**THE BANKRUPTCY COURT PROPERLY DETERMINED THE ALLOWABILITY OF APPELLANT'S CLAIM**

**POINT TWO** 11
**THE COURT PROPERLY APPLIED THE WEEN CASE AS APPLICABLE LAW TO DENY APPELLANT'S CLAIM FOR HIS COLLECTION FEES**

**POINT THREE** 17
**APPELLANT RAISES NO ISSUE WHICH SHOULD COMPEL THIS COURT TO REVERSE THE DECISION OF THE BANKRUPTCY COURT**

**CONCLUSION** 23