**TABLE OF AUTHORITIES**

**A.    CASES**

Association of St. Croix Condominium Owners v. St. Croix Hotel, et al. 682 F.
    2d 446 (3d Cir. 1982)……………………………………………….22

Aleyska Pipeline Service Co. v. The Wilderness Society 421 U.S. 240
    (1975)……………………………………………………….....17-18

Bizar Martin v. U.S. Ice Cream Corp. 228 A.D. 2d 588, 644 N.Y.S. 2d 753 (2nd
    Dept. 1996)……………………………………………………………13

Brine v. Insurance Co. 96 U.S. 627 (1878)……………………………………12

Cathey v. Johns-Manville Sales Corp. 71 F. 2d 60, 62 (6th Cir. 1983)………….21

Commerzanstalt v. Telewide Systems, Inc. 790 F. 2d 206 (2d Cir. 1986)…...21-22

Cutner & Assoc., P.C. v. Kanbar 1998 WL 13849 (SDNY January 16, 1998,
    amended on reconsideration by 1998 WL 104609 (SDNY 1998) amended
    and superceded by 1998 W: 104612 (S.D.N.Y. February 4, 1998)……...18

Dubuono v. Kaplan 193 F.R.D. 117 (S.D.N.Y. 2000)…………………………..16

Equitable Lumber Corp. v. IPA Land Development Corp. 38 N.Y. 2d 516
    (1976)………………………………………………………………….13

Federal Deposit Insurance Corp. v. Kassel 72 A.D. 2d 787, 421 N.Y.S. 2d 609,
    611 (App. Div. 2d Dept. 1979)………………………………………..18

Glazer v. J.C. Bradford & Co., 616 F.2d 167 (5th Cir. 1980)……………………12

Groner v. United States ex rel. Snower 73 F.2d 126 (8th Cir. 1934)…………….12

Hrycak v. Kiernan 367 N.J. Super. 237, (NJ Sup. Ct. 2004)……………………18

Hunt v. Sharpe 85 N.Y. 2d 883 (NY 1995)…………………………………...18

In re 48th Street Steakhouse, 835 F. 2d 427 (2d Cir. 1987) cert denied 485 U.S.

1035 (1988)……………………………………………………………………21

In re Drexel Burnham Lambert Group Inc. et al. 148 B.R. 979 (Bankr. S.D.N.Y 1992)……………………………………………………………………9

In re Emergency Beacon Corporation  27 B.R. 757, 766 (Bankr. S.D.N.Y. 1983)…………………………………………………………………..16

In re Johnson 960 F.2d 396 (4th Cir. 1992)………………………………………10

In re Jones 83 B.R. 765 (Bankr. Oregon 1988)…………………………………15

In re Rhead 179 B.R. 169 (Bankr. D. Ariz. 1995)………………………………...9

In re Reilly 245 B.R. 768 (2d Cir BAP 2000)…………………………………….4

In re Scarboro 13 B.R. 439 (Mid. Distr. GA 1987)……………………………...22

Industrial Equipment Credit Corp. v. Green 92 A.D. 2d 838 460 N.Y.S. 2d 337 (App. Div. 1st Dept. 1983) affirmed by 62 N.Y. 2d 903 (NY 1984)…….18

Kahn v. Schigu (In re Kahn) 201 B.R. 285  (D.C. Kan. 1996) 133 F. 3d 932 (10th Cir. 1998)…………………………………………….…………………..12

Kay v. Ehrler  499 U.S. 432 (1991)……………………………………………...16

King v. Fox, 7 N.Y. 3d 181 (2006)……………………………………………….12

Kohn v. Leavitt 157 B.R. 523, 527……………………………………………….10

Krume v. Westpoint Stevens Inc. 79 F. Supp. 297 (S.D.N.Y. 1999)………..........18

Levine v. Infidelity, Inc. 2 A.D. 2d 691, 692-693, 770 N.Y.S. 2d 83,84 (App. Div. 2d Dept. 1980)…………………………………………………………...18

Local Union 38 Sheet Metal Workers' International Association v. Custom Air Systems. 333 F. 3d 345 (2d Cir. 2003)………………………………….21

Marjan International Corp. v. Azarian 2000 WL 744120 a 2 (S.D.N.Y. 1999)…18

Martin v. U.S. Ice Cream Corp. 228 A.D. 2d 588, 644 N.Y.S. 2d 753 (2nd Dept.

   1996)……………………………………………………………………………..13

Matter of First National Bank of East Islip v. Brower, 42 N.Y.2d 471, 398 N.Y.S.

   2d 875 (1977)…………………………………………………………………12-13

National Bank of North America v. Arthur R. Smith Mechanical Corp. 74 A.D. 2d

   600, 424 N.Y.S. 2d 512 (App. Div. 2d Dept 1980)………………………...18

Pepper v. Litton 306, 308 U.S. 295 (1939)……………………………………………10

Rexnord Holdings Inc. v. Bidermann 21 F.3d 522 (2d Cir. 1994)…………...20-21

Ween v. Dow, 35 A.D. 2d 58, 802 N.Y.S. 2d 257 (App. Div.

   2007)...…………………………………………….3, 8-9, 11-16, 18-20, 22

William H. Van Vleck Inc. v. Klein  50 Misc 2d. 622 (1966)……………………...21

**B.    STATUTES**

11 U.S.C. § 501(b) (1)...……………………………………………………………..2

11 U.S.C. § 502 (b) (1)..……………………………………………...……...3, 10-11, 20

28 U.S.C. § 157 (2) (B).…………………………………………………………………10

28 U.S.C. § 1652...……………………………………………………………………12

CPLR § 2221……………………………………………………………………………3, 20

CPLR § 5513…......................................................................................20

NYS General Obligations Law §7-501…………………………………………………..6

NYS General Obligations Law §507-1……………………………………………..16

Rule 8013, Federal Rules of Bankruptcy Procedure ("FED.R.CIV.P.")………….4

**C. OTHER AUTHORITIES**

H.R. Rep. No. 595-595, 95th Cong. 1st Sess. 352-354 (1977)……………...…10-11

Lawrence King, Collier on Bankruptcy 2, §362.11 (15th Ed. 1987)……………..21

Model Code of Professional Responsibility EC 2-23 (1970)……………………15

New York State Bar Association Committee on Professional Ethics 400
    Panel........................................................................................................15

S. Rep. No. 95-989, 95th Cong. 2d Sess. 62-5 (1978)………………………..10-11