UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :  Chapter 13
**IN RE:**,                                                   :  Case No. 04-12291-JMP
                                                              :
                                                              :  1:07 CV 04840 (JGK)
**RUDOLF J.O. ERNST AND ANGELIKA L. ERNST**,                  :
                                                              :
            Debtors.                                          :
                                                              :
                                                              :
                                                              :
------------------------------------------------------------- X


# APPELLEE'S APPENDIX


JOSEPH L. FOX, ESQ. (JF2313)
Attorney for Rudolf Ernst and Angelika Ernst,
        Debtors/Appellees
60 East 42nd Street, Suite 2231
New York, New York 10165
(212) 949-8300

Dated: July 31, 2007

## **TABLE OF CONTENTS**

**APPX.**
**EX #**         **DESCRIPTION**

A.         Motion of Debtors/Appellees for Summary Judgment Dismissing, Disallowing and Expunging the Amended Claim of Michael Q. Carey d/b/a Carey and Associates dated October 16, 2006, as such claim relates to certain "Collection Fees" sought by Appellant and as more fully discussed herein, which motion was dated January 17, 2007

Appendix is too voluminous to file