JOSEPH L. FOX, ESQ. (JF2313)
Attorney for Rudolf Ernst and Angelika Ernst,
Debtors/Appellees
60 East 42nd Street, Suite 2231
New York, New York 10165
(212) 949-8300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

|  |  |
|---|---|
| **IN RE:**, | : Chapter 13 |
|  | : Case No. 04-12291-CB |
|  | : |
|  | : 1:07 CV 04840 (JGK) |
| **RUDOLF J.O. ERNST AND ANGELIKA L. ERNST**, | : |
| Debtors. | : |
|  | : |
|  | : |
|  | : |

---------------------------------------------------------------- X
-

**CERTIFICATION OF SERVICE**

I, Joseph L. Fox, an attorney duly admitted to practice law in the State of New York, and before this Court, affirms under the penalty of perjury as follows:

On July 31, 2007, I served the Appellee's Brief and Appellee's Appendix by sending a true copy thereof as a PDF file, by electronic means to the Appellee and the Chapter 13 Trustee, as follows:

To Carey & Associates: npconcepcion@careylitigation.com

To the Chapter 13 Trustee: info@sapirch13tr.com

In addition I also served a true copy thereof upon the United States Trustee by depositing a true copy in a post paid wrapper by first class mail into the custody of the United States Postal

Service in the State of New York to such person listed below at their last known address as

follows:

Office of the United States Trustee
33 Whitehall Street
New York, New York 10004

s/ Joseph L. Fox

Dated: New York New York
        July 31, 2007