UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
In re:                                    Chapter 13

                                            BKR Case No. 04-12291 (JMP)
RUDOLF J.O. ERNST and ANGELIKA
 L. ERNST,

      Debtors.                     Docket No.: 07-cv-04840 (JGK)
-------------------------------X

**AFFIDAVIT OF SERVICE**

State of New York  )
County of New York )  ss:

GISELA CAREY, being duly sworn, deposes and says:

1. I am not a party to the action, am over the age of eighteen and reside in New York County.

2. On August 10, 2007, I served Appellant's Reply Brief, dated August 10, 2007, enclosed in a first class envelope, postage prepaid, by depositing it an official depository under the exclusive care and custody of the United States Postal Service, addressed to the following:

Joseph L. Fox, Esq.
Law Offices Of Joseph L. Fox
60 East 42nd Street, Suite 2231
New York, New York 10165

Jeffrey L. Sapir, Esq.
Chapter 13 Trustee
399 Knollwood Road, Ste. 102
White Plains, New York 10603

United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

_____
GISELA CAREY

Sworn to before me this
10th day of August 2007

_____
NOTARY PUBLIC

MARY ANN CRISALLI
NOTARY PUBLIC, State of New York
No. 24-4905366
Qualified in Kings County
Commission Expires September 14, 2009