**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re RUDOLF J.O. and ANGELIKA L. ERNST,
                Debtors.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

07 CIVIL 4840 (JGK)

## JUDGMENT

This is an appeal from the Order granting summary judgment entered by the US Bankruptcy Court, and the matter having come before the Honorable John GKoeltl, United States District Judge, and the Court, on February 8, 2008, having rendered its Opinion and Order affirming the order of the bankruptcy court, and directing the Clerk to enter judgment dismissing the appeal, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated Feb 8, 2008, the order of the bankruptcy court is hereby affirmed, and the appeal is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
        Feb 14, 2008

                                              J. MICHAEL McMAHON
                                              Clerk of Court
                                BY:
                                              Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____